## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JOHN WILLIAM CARTER,

     Plaintiff,

v.                            Case No.:  3:12cv399/MCR/EMT

CLINTON WELLS KILLINGSWORTH,

     Defendant.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 24, 2012 (doc. 4).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This cause is **DISMISSED** for lack of jurisdiction.

**DONE AND ORDERED** this 4th day of October, 2012.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**